UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-25882 |
| Karla Y Tejeda-Carillo AKA Karla Carrillo, | ) | |
| AKA Karla Tejeda | ) | Chapter:  13 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER ON CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(FIRST MORTGAGE)**

This matter is before the Court on the Motion for Relief from Automatic Stay by U.S. Bank Naional Association, as Trustee, , successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-RM1 (hereinafter "Movant").

The automatic stay is modified to permit Movant to enforce its rights against the property described as 2818 Brian Lane, Montgomery, IL 60538 pursuant to the terms and conditions of contract and applicable nonbankruptcy law.

Pursuant to 11 U.S.C. § 362 it is ORDERED that the motion is granted.  The fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Enter: *[signature]*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  November 06, 2015

**Prepared by:**

Todd J. Ruchman (6271827)
Sarah E. Willms (28840-64)
Edward R. Peterka (6220416)
Keith Levy (6279243)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com